B 260
(1/96)

This document was signed electronically on February 3, 2017, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: February 3, 2017



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re  Richard Olczak  Karen L Olczak  Debtor | ) ) ) ) | Case No. 14-52759  Chapter 13 |
| Plaintiff  v.  First Mortgage Holder, Nationstar Mortgage, LLC  and  JP Morgan Chase Bank, NA  and  Green Tree Servicing LLC (fka Bank of America, NA)  Defendants | ) ) ) ) ) | Adv. Proc. No. 16-05031 |

### AGREED JUDGMENT ENTRY
### FIRST LIENHOLDER, DEFENDANT
### NATIONSTAR MORTGAGE LLC

Plaintiffs-Debtors, Richard Olczak and Karen L. Olczak, through their counsel, Leslie A. Weiss, and Nationstar Mortgage L.L.C., through its counsel, Chris E. Manolis, hereby agree to the following:

Defendant, Nationstar Mortgage L.L.C., hereinafter referred to as the "first lienholder" holds a valid first mortgage lien on plaintiffs' Debtors' real property located at 8772 Fenton Court, Sagamore Hills, Ohio, 44067, in the approximate sum of $185,1045.71. A proof of claim was attached to the Adversary Complaint, marked as Exhibit A which more fully describes said lien.

Said First Lienholder shall retain its lien in the first position for the full amount due under the corresponding note and deed of trust, mortgage or lien, regardless of any of the following: the dismissal of the Debtors' Chapter 13 Case, the conversion of the Debtors' Chapter 13 Case to any other chapter under the Bankruptcy Code, the receipt of a Chapter 13 discharge, but subject to the sale and/or refinance of the subject property prior to the Debtors' completion of the Chapter 13 Plan.

Submitted By: ###

/s/Leslie A. Weiss
Leslie A. Weiss, Esquire, 0051857
Attorney for Plaintiffs-Debtors
Halberg & Associates Co., L.P.A.
198 East Aurora Road
Northfield, Ohio 44067
Telephone 330-468-1056
Telefacsimile 330-468-1068
Email halberglaw@netlink.net

/s/Chris E. Manolis
Chris E. Manolis, Esquire, 0076197
Attorney for Nationstar L.L.C.
Shapiro, Van Ess, Phillips & Barragate, L.L.P.
4805 Montgomery Road
Suite #320
Telephone 513-396-8100
Email cmanolis@logs.com

Approved: [signature]

Keith R. Rucinski,
Chapter 13 Trustee
One Cascade Plaza, Suite #2020
Akron, Ohio 44308
Telephone 330-762-6335

**United States Bankruptcy Court**
Northern District of Ohio

In re: Richard Olczak
Karen L Olczak

Debtor(s)

Case No. **14-52759**
Chapter **13**

## CERTIFICATE OF SERVICE

On _____, a copy of the Agreed Judgment Entry was served electronically or by regular United States mail to all interested parties, the US Trustee, the Chapter 13 Trustee and all creditors listed below.

Via the Court's Electronic Case Filing System on the below designated entities/individuals who are listed on the Court's Electronic Mail Service List:

Keith Rucinski, Chapter 13 Trustee krucinski@ch13akron.com
US Trustee, (registered address)@usdoj.gov
Leslie A. Weiss, Attorney for Debtors, halberglaw@netlink.net

Via ordinary US Mail, Postage prepaid to:

Joel K Jensen. Attorney for JP Morgan Chase Bank, NA, Joel.Jensen@lsrlaw.com
Chris E. Manolis, Attorney for Nationstar Mortgage LLC, cmanolis@logs.com
Richard Olczak and Karen Olczak, 8772 Fenton Court, Northfield, OH 44067
Green Tree Servicing, LLC, (fka) Bank of America NA), 345 St Peters Street, St Paul, MN 55102
The Bank of New York Mellon, Headquarters, 225 Liberty Street, NY. NY 10285, Attn: Officer for Service of Process

_____

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

16-05031-amk    Doc 21    FILED 02/03/17    ENTERED 02/03/17 09:52:23    Page 3 of 3